IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24MC00133 WBS |
|         Plaintiff, | **WRIT OF GARNISHMENT** |
|         v. | Criminal Case No. 2:22CR00070 WBS |
| SHERRI PAPINI, | |
|         Debtor. | |
| KINNEY & KINNEY ATTORNEYS AT LAW, | |
|         Garnishee. | |

To Garnishee:      KINNEY & KINNEY ATTORNEYS AT LAW
1388 Court Street, Suite G
Redding, CA 96001

      The United States has filed an Application for a Writ of Garnishment against property up to and including the amount of $340,221.23, in your possession, custody, or control in which Debtor, Sherri Papini, social security number ***-**-7044, has an interest.

      On or about March 22, 2024, the United States District Court sentenced Debtor in criminal case number 2:22CR00070 and ordered Debtor to pay a statutory assessment of $200.00 and restitution of

$309,902.23 ("Judgment Amount"). As of March 22, 2024, Debtor owes $309,292.23. Despite the United States' demand for payment, made more than 30 days before the date of this Application, Debtor has failed to satisfy the debt. No interest accrues on this debt. The United States also seeks to recover the statutorily authorized ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($30,929.00) pursuant to 28 U.S.C. § 3011(a). The total amount sought by this garnishment action is $340,221.23.

Pursuant to this Writ of Garnishment, you are required to withhold property up to and including the amount of $340,221.23 in which Debtor has an interest as defined by 28 U.S.C. §3002(12) beginning on the date you receive this Writ and retain the property withheld until the Court issues an order directing the property's disposition. 28 U.S.C. §§ 3002(12), and 3205(c)(2)(F).

You are further required by law to complete under oath the accompanying Acknowledgment of Service and Answer of Garnishee ("Answer"). You must file the **original** Answer within **ten** (10) days of receipt of this Writ of Garnishment with the Clerk's Office for the United States District Court, Eastern District of California.

**IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THIS WRIT, THE COURT MAY HOLD YOU LIABLE FOR THE AMOUNT OF DEBTOR'S NON-EXEMPT PROPERTY THAT YOU FAILED TO WITHHOLD IN ADDITION TO REASONABLE ATTORNEY'S FEES TO THE UNITED STATES. *IT IS UNLAWFUL TO PAY, DISBURSE, OR DELIVER TO DEBTOR ANY PROPERTY DESCRIBED IN THIS WRIT UNTIL FURTHER ORDER OF THIS COURT.***

If you have any questions, especially regarding service of the documents, you may contact Michelle Lecroy, at the United States Attorney's Office, at 916/554-2933.

Dated: **3 | 27 | 2024**

KEITH HOLLAND
Clerk, U.S. District Court

By: _L. Mena-Sánchez_
Deputy Clerk

WRIT OF GARNISHMENT

2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>SHERRI PAPINI,<br><br>       Debtor.<br><hr>KINNEY & KINNEY ATTORNEYS AT LAW,<br><br>       Garnishee. | Case No. 2:24MC00133 WBS<br><br>**CLERK'S NOTICE TO DEBTOR RE WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:22CR00070 WBS |

TO:    DEBTOR SHERRI PAPINI

      The United States District Court entered a criminal judgment against you on or about September 19, 2022, in criminal case number 2:22CR00070. The judgment ordered you to pay a statutory assessment of $200.00 and restitution of $309,902.23. According to the records of the United States Attorney's Office, as of March 22, 2024, you owe $309,292.23. No interest accrues on this debt. The United States also seeks to recover the statutorily authorized ten percent (10%) litigation surcharge of the unpaid Judgment Amount ($30,929.00) pursuant to 28 U.S.C. § 3011(a). The total amount sought by the garnishment action is $340,221.23.

1    Pursuant to 28 U.S.C. § 3202(b), YOU ARE HEREBY NOTIFIED that the Writ of Garnishment

2 was served upon Garnishee, Kinney & Kinney Attorneys At Law.  It is believed that Garnishee has

3 property of yours in its possession, custody, or control.

4    In addition, YOU ARE HEREBY NOTIFIED that there are exemptions under the law which

5 may protect some of this property from being taken by the United States Government if you can show

6 that the exemptions apply.  The list of applicable exemptions include:

7    1)    Wearing apparel and school books.

8    2)    Fuel, provisions furniture, and personal effects not exceeding $11,390.00 in value.

9    3)    Books and tools of the trade, business, or profession not exceeding $5,700.00 in value.

10    4)    Unemployment benefits.

11    5)    Undelivered mail.

12    6)    Certain annuity and pensions.

13    7)    Workmen's compensation.

14    8)    Judgments for support of minor children.

15    9)    Certain service-connected disability payments.

16    10)    Assistance under Job Training Partnership Act.

17    If you are Sherri Papini, you have a right to ask the court to return your property to you if you

18 think the property the United States Government is taking qualifies under one of the above exemptions.

19    **If you want a hearing, you must notify the court within 20 days after receiving this notice.**

20 You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court

21 at:

22    Office of the Clerk
       501 I St., Rm. 4-200
23    Sacramento, CA 95814

24    If you wish, you may use the attached "Request for Hearing."  You must also send a copy of

25 your request to the United States Government at:

26    United States Attorney's Office
       ROBIN TUBESING
27    2500 Tulare St., Ste. 4401
       Fresno, CA 93721
28

CLERK'S NOTICE TO DEBTOR RE WRIT OF
GARNISHMENT; REQUEST FOR HEARING

2

The hearing will take place within 5 days after the clerk receives the request, if you ask for it to take place that quickly, or as soon after that as possible. At the hearing you may explain to the judge why you believe the property the United States Government has taken is exempt or what statutory requirements have not been met. *See* 28 U.S.C. § 3202(d)(1)-(2).

If you think you live outside the Federal jurisdiction in which the court is located, you may request, **not later than 20 days after you receive this notice**, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the Court at:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the clerk of this court. The clerk is not permitted to give legal advice but can refer you to other sources of information.

Dated: **3/27/2024**

KEITH HOLLAND
Clerk, U.S. District Court

By: _Kmena-Sanchez_
Deputy Clerk

WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998

Attorney for Debtor
SHERRI PAPINI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>SHERRI PAPINI,<br><br>            Debtor. | Case No. 2:24MC00133 WBS<br><br>**DEBTOR'S REQUEST FOR HEARING**<br><br>Criminal Case No. 2:22CR00070 WBS |
| KINNEY & KINNEY ATTORNEYS AT LAW,<br><br>            Garnishee. | |

TO THE CLERK OF THE COURT:

     I, Sherri Papini, Debtor, hereby request a hearing on the Writ of Garnishment within _____ days of the date the Clerk of Court receives this request. I request a hearing based upon the following reason(s):

     1.     The United States has not complied with the following statutory requirement(s) for the issuance of post-judgment remedy granted by the Court. 28 U.S.C. § 3202(d)(2) **[explain below]**

_____

_____

2.     The property the United States is seeking is exempt under an applicable exemption.  28 U.S.C. § 3202(d)(1). **[check applicable boxes below]**

☐ **Wearing apparel and school books**.  Such items of wearing apparel and such school books are necessary for Debtor or for members of Debtor's family.  [26 U.S.C. § 6334(a)(1)]

☐ **Fuel, provisions, furniture, and personal effects**.  So much of the fuel, provisions, furniture, and personal effects in debtor's household, and of the arms for personal use, livestock, and poultry of Debtor, as does not exceed **$11,390.00** in value.  [26 U.S.C. § 6334(a)(2)]

☐ **Books and tools of a trade, business, or profession**.  So many of the books, and tools necessary for the trade, business, or professional of Debtor as do not exceed the aggregate **$5,700.00** in value.  [26 U.S.C. § 6334(a)(3)]

☐ **Unemployment benefits**.  Any amounts paid to an individual with respect to Debtor unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, or of the District of Columbia or the Commonwealth of Puerto Rico.  [26 U.S.C. § 6334(a)(4)]

☐ **Undelivered mail**.  Mail, addressed to any person, which has not been delivered to the addressee.  [26 U.S.C. § 6334(a)(5)]

☐ **Certain annuity and pension payment**.  Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. § 1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code.  [26 U.S.C. § 6334(a)(6)]

☐ **Workmen's Compensation**.  Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a worker's compensation law of the United States, any State, the District of Columbia, or the Commonwealth of Puerto Rico.  [26 U.S.C. § 6334(a)(7)]

☐ **Judgments for support of minor children**.  If Debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his/her minor children, so much of Debtor's salary, wages, or other income as is necessary to comply with such judgment.  [26 U.S.C. § 6334(a)(8)]

☐ **Certain service-connected disability payments**.  Any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under – (A) subchapter II, III, IV, V, or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 7 or 30 of such Title 38.  [26 U.S.C. § 6334(a)(10)]

☐ **Assistance under Job Training Partnership Act**.  Any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. § 1501. *et seq.*) from funds appropriated pursuant to such Act.  [26 U.S.C. § 6334(a)(12)]

Dated:                                         Signature:     _____

                                                    Printed Name:  _____