PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>SHERRI PAPINI,<br><br>        Debtor.<br><br>KINNEY & KINNEY ATTORNEYS AT LAW,<br><br>        Garnishee. | Case No. 2:24-MC-00133-WBS-AC<br><br>**REQUEST FOR AN ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:22-CR-00070-WBS |

Pursuant to 28 U.S.C. § 3205(c)(10), the United States requests that the Clerk of the United States District Court terminate the Writ and close the miscellaneous case. In accordance with the attached agreement entered between the Defendant and the United States, the United States has received $10,000 from the Defendant via her attorney's attorney trust account. The funds will be applied to the Defendant's restitution balance.

Dated: October 15, 2024

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

By: /s/ ROBIN TUBESING
ROBIN TUBESING
Assistant United States Attorney

REQUEST FOR AN ORDER TERMINATING
WRIT OF GARNISHMENT

1

**AGREEMENT REGARDING PAYMENT OF RESTITUTION**

*United States v. Sherri Papini*, Criminal Case No. 2:22-CR-00070 (E.D. Cal.)
*United States v. Sherri Papini*, (Garnishee Kinney & Kinney), Misc. Case No. 2:24-00133 (E.D. Cal.)
*Keith Papini v. Sherri Papini*, Shasta County Superior Court, Case No. 22FL-0199572

## RECITATION OF RELEVANT FACTS

The District Court for the Eastern District of California sentenced Sherri Papini ("Sherri") on September 19, 2022, in case number 2:22-CR-00070. The District Court entered a judgment ordering Sherri to pay a $200.00 special assessment and $309,902.23 in restitution. As of March 27, 2024, Sherri's special assessment balance is $0, and her restitution balance is $309,292.23.

Pursuant to 18 U.S.C. § 3613(c), the United States holds a lien against all of Sherri's property and rights to property, including any funds she may receive pursuant to any orders issued by the Shasta County Superior Court.

The Shasta County Superior Court ordered Keith Papini to pay Sherri $10,000 resulting from his receipt of an insurance claim for property damaged in a fire. In anticipation that the amount would be paid to Sherri's attorney's client trust account, the United States obtained a writ of garnishment from the District Court against Kinney & Kinney's client trust account to garnish the funds and apply them to Sherri's restitution balance.

Pursuant to its statutory lien, the United States is entitled to 100% of all advances, royalties, and all other lump-sum income related to orders issued by the Shasta County Superior Court, contracts with publishers and media networks, and other sources. 18 U.S.C. § 3613(c). The United States is also entitled to 25% of all monthly recurring disposable earnings. 15 U.S.C. § 1673. By this agreement, the undersigned wish to avoid time-consuming and costly litigation while also ensuring that restitution is timely paid.

## AGREEMENT

1.      The **$10,000** ordered by the Shasta County Superior Court to be paid to Sherri will be paid to Kinney & Kinney's client trust account. Once received, Kinney & Kinney will remit the $10,000 to the following address to be applied to Sherri's restitution:

> **Clerk of the Court**
> (Attn: Case No. 2:22-CR-00070)
> 501 I Street, Room 4-200
> Sacramento, CA 95814

2.      Sherri will continue to pay **10%** of her gross monthly income or at least $100 per month, whichever is greater, to the Clerk of the Court.

3.      The United States will receive **50%** of any other funds resulting from future orders of the Shasta County Superior Court that require payment to Sherri, per the instructions in paragraph 1 above.

4.      The United States will receive **75%** of all net royalties (both advanced royalties and ongoing royalties) and other compensation (after payment of industry standard agent/agency/management commissions) received upon execution of a contract for Sherri's memoir with a publishing house. Sherri agrees to provide the United States with copies of all executed publishing contracts within one week of the contracts' execution. Any contract shall include a provision that the United States' portion of the of the funds may be paid by the publisher directly to the Clerk of the Court until restitution is paid in full.

5.      The United States will receive **75%** of funds that Sherri receives from all other sources for any lump-sum amounts over $5,000. This includes, but is not limited to, all compensation for any media appearances.

6.      Upon receipt of the $10,000 as provided in paragraph 1 of this agreement, the United States will terminate its writ of garnishment and drop its request for a $30,939.00 litigation surcharge.

7.      The United States agrees to provide Sherri with information regarding payments received by the Clerk of the Court and updated restitution balances upon her request. The United States will inform Sherri when restitution is paid in full.

8.      All terms of this agreement shall expire upon payment in full of the restitution.

9.      Any breach of the agreement will terminate the agreement, and the United States reserves all rights to seek full restitution from Sherri's assets, including 100% of all proceeds and royalties from book and media deals until the restitution is paid in full.

Dated: APR 0 2 2024

DEFENDANT/RESPONDENT

*[signature]*
SHERRI PAPINI

Dated: May 10, 2024      By:   *[signature]*

PHILLIP A. TALBERT
UNITED STATES ATTORNEY

ROBIN TUBESING, Assistant U.S. Attorney

**APPROVED AS TO FORM:**

KINNEY & KINNEY, ATTORNEYS AT LAW

*[signature]*
Chase Kinney, Attorney for Sherri Papini